**Dismissed and Memorandum Opinion filed October 15, 2013**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00819-CR

**ANGELA  JENNETTE  MCKNIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1307504**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated assault.  In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on June 14, 2013, to confinement for fifteen years in the Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of appeal on September 16, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a timely motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). Although we may grant an extension of time to file a notice of appeal, it must be filed in the trial court within fifteen days after the deadline for filing the notice of appeal and, within that same fifteen-day period, the party must file an extension motion in the appellate court. *See* Tex. R. A pp. P. 26.3(a), (b). Otherwise, we do not have authority to grant an extension of time to file the notice of appeal. *See Olivo v. State,* 918 S.W.2d 519, 522–4 (Tex. Crim. App. 1996).

Appellant filed a motion for extension of time to file a notice of appeal in the trial court but neither the motion nor the notice of appeal were filed within the fifteen-day period. A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).

2